**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **DEBRA J. RUNNER,** )  )  Plaintiff, )  )  vs. )  )  **COMMISSIONER OF SOCIAL SECURITY,** )  sued as Jo Anne B. Barnhart, Commissioner )  of Social Security, )  )  Defendant. ) | Case No. 05-2108 |

## OPINION

A Report and Recommendation (#11) was filed by the Magistrate Judge in the above cause on August 18, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Plaintiff's Motion for Summary Judgment (#7) is GRANTED. The decision of the ALJ is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

(2) Defendant's Motion for Order which Affirms the Commissioner's Decision (#10) is DENIED.

(3) This case is terminated.

ENTERED this 7th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE